IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Internal Revenue | ) | |
| | ) | |
| v. | ) | C.A. 97-695 MMS (SLR) |
| | ) | |
| CM Holdings Inc. | ) | |

O R D E R

This 10th day of May, 2005, it appearing that:

1. All non-sealed and non-expunged records are forwarded to the Federal Archives and Records Center (FARC) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2. The policy of this Court is that case records are forwarded to the FARC after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3. This case will be forwarded to the FARC after being held for the minimum period of six months.

4. During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5. The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

NOW, therefore, **IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

_____
United States District Judge

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 17, 2005

**Pauline K. Morgan**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**S. David Peress**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Ellen W. Slights**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

RE:   Internal Revenue v. CM Holdings Inc.
        CA 97- 695 MMS (SLR)

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by June 1, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

REDACTED VERSION OF DOCKET SHEET

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:97-cv-00695-MMS
## Internal Use Only

Internal Revenue v. CM Holdings Inc.
Assigned to: Judge Murray M. Schwartz
Demand: $0

Case in other court:   USBK, 1:96-BK-01247 1

USBK/DE, 96-01247PJW

Date Filed: 12/23/1997
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

Cause: 28:0157 Motion for Withdrawal of Reference

**Debtor**

**CM Holdings Inc.**                    represented by **Pauline K. Morgan**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: pmorgan@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. David Peress**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*TERMINATED: 06/28/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Internal Revenue Service**  represented by **Ellen W. Slights**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Email: ellen.slights@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CM Holdings Inc.**  represented by **S. David Peress**
(See above for address)
*TERMINATED: 06/28/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pauline K. Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/1999 | 54 | Designation of expert witnesses and executed portions of Exhibit B to Protective Order (SEALED) (maw) (Entered: 11/22/1999) |
| 05/02/2000 | 111 | TRANSCRIPT filed [0-0] in chambers conference for dates of 5/2/00- --------------SEALED (bkb) (Entered: 05/02/2000) |