OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/2/05

**Ellen W. Slights**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046

RE:   **Internal Revenue Service v. CM Holding, Inc.**
      CA 97-695 SLR

Dear Counsel:

Pursuant to the Order entered on 10th of May, 2005 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   54.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on 6/8/05

_____
Signature